

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-78,113-01

### EX PARTE HUMBERTO GARZA, Applicant

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS
### IN CAUSE NO. CR-3175-04-G IN THE 370TH DISTRICT COURT
### HIDALGO COUNTY

*Per curiam*.

## **O R D E R**

In March 2005, a jury found applicant guilty of the offense of capital murder.  *See*
TEX. PENAL CODE § 19.03(a).  Based on the jury's answers to the statutory punishment
questions, the trial court sentenced him to death.[1]  This Court affirmed applicant's
conviction and sentence on direct appeal.  *Garza v. State,* No. AP-75,217 (Tex. Crim.

---

[1] *See* Art. 37.071.  Unless otherwise indicated all references to Articles refer to the Code
of Criminal Procedure.

App. Apr. 30, 2008)(not designated for publication). Applicant's counsel timely filed applicant's initial application for a writ of habeas corpus in the trial court on July 19, 2007. However, this Court did not receive that writ record until April 1, 2015.

After reviewing the twenty-eight allegations applicant raised in his application, this Court remanded the third allegation, in which applicant asserted that his trial counsel failed to conduct a constitutionally adequate investigation of mitigating evidence, to the trial court for further development. *Ex parte Garza*, No. WR-78,113-01 (Tex. Crim. App. Mar. 23, 2016)(not designated for publication). We gave the trial court 90 days to resolve the remanded issue and 120 days for the supplemental record to be forwarded to this Court.

However, before the record was due in this Court, the trial court sent to this Court a request for an extension. The trial court asked that we grant it until December 20, 2016 to resolve the issues in the case. That time has now passed, and the case is well overdue in this Court. Therefore, the trial court has 60 days to resolve the issue remanded to it and have the supplemental record forwarded to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 29TH DAY OF MARCH, 2017.


Do Not Publish